UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:22-cv-00703

PATTI LAUGHLIN, on behalf of
herself and all others similarly situated,

    Plaintiff(s),

vs.

FRESH-MEX & CO. CORP. d/b/a
FRESH-MEX & CO. – TEX-MEX
CANTINA, MICHAEL TOUSSAINT,
individually, and AMANDA
TOUSSAINT, individually,

    Defendants.
_____/

**DEFENDANT, FRESH-MEX & CO. CORP. D/B/A FRESH-MEX & CO. – TEX-MEX CANTINA'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, Fresh-Mex & Co. Corp., d/b/a Fresh-Mex & Co. – Tex-Mex Cantina, discloses that it has no parent company and that there is no publicly held corporation owning 10% or more of its stock.

Dated this 19th day of July 2022.

                **FORD, MILLER & WAINER, P.A.**

                */s/ P. Campbell Ford*
                **P. CAMPBELL FORD, ESQUIRE**
                Florida Bar No.: 0480495
                **ALISON BLAKE, ESQUIRE**
                Florida Bar No.: 0584967
                1835 N. Third Street
                Jacksonville Beach, Florida 32250
                904-390-1970 (tel); 904-595-5460 (fax)
                cford@fordmiller.com
                ablake@fordmiller.com
                serviceFMW@fordmiller.com
                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's Rule 7.1 Disclosure was served via transmission of Notices of Electronic Filing generated by CM/ECF on this 19th day of July 2022 on all counsel or parties of record on the Service List below.

**FORD, MILLER & WAINER, P.A.**

By: */s/ P. Campbell Ford*
**P. CAMPBELL FORD, ESQUIRE**
Florida Bar No.: 0480495

## SERVICE LIST

Jordan Richards, Esquire
David M. Nudel, esquire
USA Employment Lawyers-
Jordan Richards, Pllc
1800 SE 10th Ave, Suite 205
Fort Lauderdale, Florida 33316
Ph: (954) 871-0050
Jordan@jordanrichardspllc.com
david@usaemploymentlawyers.com
*Counsel for Plaintiff*