UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATTI LAUGHLIN, on behalf of herself and all others similarly situated,

Plaintiff,

v.

FRESH-MEX & CO. CORP., et al.,

Defendants.

Case No. 3:22-cv-703-MCR

## JOINT NOTICE OF CLASS SETTLEMENT

Plaintiff, PATTI LAUGHLIN ("Plaintiff"), opt-in Plaintiff, ZACHARY BENENTT ("Opt-in Plaintiff") and Defendants, FRESH-MEX & CO. CORP. d/b/a FRESH-MEX & CO. – TEX-MEX CANTINA ("TEX-MEX CANTINA"), MICHAEL TOUSSAINT ("M. TOUSSAINT"), individually, and AMANDA TOUSSAINT ("A. TOUSSAINT"), individually (TEX-MEX CANTINA, M. TOUSSAINT, and A. TOUSSAINT, collectively referred to hereinafter as "Defendants") ("Plaintiffs" and "Defendants" collectively referred to hereinafter as "the Parties"), by and through their undersigned counsel, and pursuant to the Middle District of Florida Local Rules, and this Court's requirements, file this Joint Notice of Class Settlement and advise this Honorable Court that the Parties have fully settled claims set forth within the operative Complaint on a class-wide basis. Within thirty (30) days from the filing of this notice, the Parties agree to file an *Agreed* Motion for Preliminary Approval of Rule 23 Class Settlement, Certification of Class, and

Facilitation of Court-Authorized Notice, and supporting documentation, for the Court's review.

**Dated this 23rd day of August 2022**.

Respectfully submitted,

| | |
|---|---|
| **USA EMPLOYMENT LAWYERS JORDAN RICHARDS, PLLC** <br> *Counsel for Plaintiff* <br> 1800 SE 10th Ave. Suite 205 <br> Fort Lauderdale, Florida 33316 <br> Tel: (954) 954-871-0050 <br><br> By:*/s/ Jordan Richards* <br> **JORDAN RICHARDS, ESQ.** <br> Fla. Bar No. 108372 <br> **JAKE BLUMSTEIN, ESQ.** <br> Fla. Bar No. 1017746 <br> jordan@jordanrichardspllc.com <br> jake@jordanrichardspllc.com <br> melissa@jordanrichardspllc.com | **FORD MILLER & WAINER, P.A.** <br> 1835 3rd Street North <br> Jacksonville Beach, Florida 32250-7469 <br> Tel: (904) 390-1970 <br><br> By:*/s/ P. Campbell Ford* <br> **P. CAMPBELL FORD, ESQ.** <br> Fla. Bar No. 0480495 <br> **ALISON BLAKE, ESQ.** <br> Fla. Bar No. 0584967 <br> cford@fordmiller.com <br> ablake@fordmiller.com <br> serviceFMW@fordmiller.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was served by CM/ECF on all parties listed below on this 23rd day of August 2022.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST:

**P. CAMPBELL FORD, ESQ.**
Fla. Bar No. 0480495
**ALISON BLAKE, ESQ.**
Fla. Bar No. 0584967
FORD MILLER WAINER, P.A.
1835 Third Street North

Jacksonville Beach, Florida 32250
Ph: (904) 390-1970
cford@fordmiller.com
ablake@fordmiller.com
serviceFMW@fordmiller.com
*Counsel for Defendants*